D. Scott Carruthers, State Bar #68745
Attorney At Law
8448 Katella Avenue/PO Box 228
Stanton, California 90680
(714) 761-3976
Fax: (714) 761-1754

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LOTURCO<br><br>Plaintiff,<br><br>vs.<br><br>LAW OFFICES OF SCOTT D. CARRUTHERS<br><br>Defendant, | Case Number:<br>SACV 11-01290 AG (RNB)x<br><br>**JUDGMENT** |

On May 22, 2012, the Plaintiff, through her attorney, Krohn & Moss and the Defendant, D. Scott Carruthers, answered ready for trial. The Plaintiff failed to appear and judgment was thereby entered for Defendant, D. Scott Carruthers, plus costs pursuant to a duly filed cost bill.

JUNE 13, 2012  _____
　　　　　　　　　 Judge Andrew Guilford